**No. 42873.**—Protests 999750–G, etc., of Quong Yee Wo et al. (New York).

Opinion by Keefe, J.   On the record presented the incense was held free of duty under paragraph 1703 as claimed.   Abstract 40933 followed.

**No. 42874.**—Protest 954886–G/87991 of Marshall Field & Co. (Chicago).

Opinion by Keefe, J.   The regulations relative to shortage were not complied with and there was no evidence sufficient to warrant the finding that the merchandise in question was in fact short shipped.   The protest was therefore overruled.   ,

**No. 42875.**—Protest 982655–G/88390 of J. D. McDowall (Chicago).

Opinion by Keefe, J.   From the evidence presented the court was unable to find that the missing blankets were never landed in the United States.   The protest was therefore overruled.   .

**No. 42876.**—Protest 976509–G/11344 of United Fruit Co. (New Orleans).

Opinion by Keefe, J.   On the record presented the protest was overruled.

**No. 42877.**—Protests 994267–G, etc., of Dan Wuille & Co., Inc., et al. (New York).

Opinion by Keefe, J.   On the record presented the protests were overruled.

Before the Second Division, December 18, 1939

**No. 42878.**—Protest 994334–G of Thomas Textile Service (Philadelphia).

Opinion by Kincheloe, J.   The record in *Thomas Textile Service Co.* v. *United States.*   (3 Cust. Ct. 272, C. D. 251) was incorporated at the trial of this case.   The test there made by the Government chemist of one bale showed the thread count to be under 120 threads to the square inch while the test made by the chemist of the United States Testing Co. showed an average thread count of 122 to the square inch.   The claim was therefore sustained as to that bale. In this case the chemist made several tests and got a range in the thread count from 119 to 120, and it was conceded that the weight of the cloth came within the range of 4½ to 12 ounces.   It was held that the record in the former case can have no application to the present importation and the protest was overruled.

**No. 42879.**—Protest 818582–G of Ansonia Copper & Iron Works (Duluth).

Opinion by Dallinger, J.   It was stipulated that the merchandise is the same as that the subject of *Ansonia* v. *United States* (2 Cust. Ct. 259, C. D. 137). The claim at 27½ percent under paragraph 372 was therefore sustained.